UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) <br> ) <br> v. ) <br> ) No.: 04-MJ-01014-JGD <br> DAVID EDUARDO PACHECO-GRAGEDA, ) <br> Defendant ) <br> ) | |

## Notice of Appearance

Michael L. Altman hereby gives notice that he and his firm, Altman Riley Esher, LLP, are appearing for the Defendant, David Eduardo Pacheco-Grageda.

Respectfully submitted,

/s/ Michael L. Altman_____
Michael L. Altman, BBO #016800
Altman Riley Esher, LLP
100 Franklin Street
Boston, MA 02110
Tel: (617) 399-7300
Fax: (617) 449-9510
Email: altman@are-law.com

Date: February 26, 2008

Certificate of Service

I hereby certify that a true copy of the following document was served upon the attorney of record for each other party via this Court's Electronic Filing System on February 26, 2008.

/s/ Michael L. Altman
Michael L. Altman