**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| United States ) | |
| ) | |
| v. ) | No. 04-MJ-01014-JGD |
| ) | |
| David Eduardo Pacheco- Grageda, ) | |
| Defendant ) | |
| ) | |

## MOTION FOR ADMISSION PRO HOC VICE

Anthony R. Zuniga, Esq. requests that this Court allow him to appear and practice in this court for the purpose of representing the defendant in this case. In support of this motion, I have attached a Certificate in accordance with the requirements of L.R. 83.5.3

           Respectfully Submitted,

           Antonio R. Zuniga, Esq.
           Antonio@arz_law.com
           By his local co-counsel,

           /s/ Michael L. Altman
           Michael L. Altman, BBO #016800
           Altman Riley Esher LLP
           100 Franklin Street
           Boston, MA  02110
           (617) 339-7300
           Fax: (617) 449-9510
           Email: altman@are-law.com

DATED: February 26, 2008